FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DEAN GARRETT,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>TERESER BANKS, Warden, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 08-00974-SGL (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) the Petition and Supplemental Petition are denied; and (2) Judgment be entered dismissing this action with prejudice.

DATED: January 27, 2009

　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen G. Larson
　　　　　　　　　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE