FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DEAN GARRETT,<br><br>Petitioner,<br><br>vs.<br><br>TERESER BANKS, Warden, et al.,<br><br>Respondents. | Case No. EDCV 08-00974-SGL (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 27, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

/s/ Stephen G. Larson

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE